# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON ARNOLD, et al., <br><br>          Plaintiff, <br><br>     v. <br><br> U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT FEDERAL TORT CLAIMS CENTER; et al. <br><br>          Defendants. | 1:24-cv-01388-KES-BAM <br><br> ORDER REQUIRING PLAINTIFFS TO FILE COMPLETED APPLICATIONS TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS <br><br> **Completed IFP Due: December 20, 2024** |

Plaintiffs Byron Arnold and Kimbly Arnold, proceeding *pro se*, filed this civil action on November 13, 2024.  (Doc. 1.)  The same day, Plaintiff Kimbly Arnold filed an application to proceed *in forma pauperis* ("IFP").  (Doc. 1, 2.)  However, as there are deficiencies with the IFP application and Plaintiff Byron Arnold has not filed an IFP application, the Court will direct Plaintiffs to **each** file a new and separate application.

First, under item 2 on the IFP application, Plaintiff Kimbly Arnold writes that their gross pay or wages are "$1300" and their take-home pay or wages are "$1300," but does not specify the pay period or the employer's name and address as required on the form.  (Doc. 2 at 1.)  Under item 7, which required Plaintiff to name all persons dependent on Plaintiff for support, Plaintiff's relationship to each person, and how much Plaintiff contributes to their support,

Plaintiff simply wrote "Byron Arnold." (*Id*. at 2.) Plaintiff Byron Arnold submitted no IFP application or other financial information. (*See* Docs. 1-2.)

Under 28 U.S.C. § 1915(a)(1), a *pro se* plaintiff may proceed without prepayment of fees by submitting "an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." *See Flores v. California Corr. Women's Facility*, No. 1:19-cv-1509-NONE-JLT, 2020 WL 8821643, at *1 (E.D. Cal. June 24, 2020) (noting that § 1915(a)(1) applies to non-prisoner plaintiffs). Without knowing each Plaintiffs' financial circumstances, the Court cannot conclude that they are unable to pay the $405.00 filing fee for this case. Accordingly, the Court will require **each Plaintiff** to file a complete application that addresses the deficiencies listed above.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to mail each Plaintiff a form IFP application. (Form AO 240);

2. Plaintiffs shall complete this IFP application, accurately, truthfully, and completely answering all questions and shall file the form by no later than **December 20, 2024.** Alternatively, Plaintiffs may pay the $405.00 filing fee to proceed with this case;

3. No extension of time will be granted without a showing of good cause; and

4. The failure to comply with this order may result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **November 15, 2024**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE