1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          EASTERN DISTRICT OF CALIFORNIA
10

11   BYRON ARNOLD, et al,                    Case No.  1:24-cv-01388-KES-BAM

12                    Plaintiffs,            **ORDER GRANTING PLAINTIFFS'**
                                             **APPLICATION TO PROCEED WITHOUT**
13          v.                               **PREPAYMENT OF FEES OR COSTS**

14   U.S. DEPARTMENT OF HOUSING AND          **ORDER DENYING PLAINTIFF KIMBLY**
     URBAN DEVELOPMENT FEDERAL               **ARNOLD'S ORIGINAL APPLICATION**
15   TORT CLAIMS CENTER,                     **TO PROCEED WITHOUT PREPAYMENT**
                                             **OF FEES OR COSTS AS MOOT**
16                    Defendants.
                                             (Docs. 2, 4, 5)
17

18

19          Plaintiffs Byron Arnold and Kimbly Arnold, proceeding *pro se*, filed this civil action on

20   November 13, 2024.  (Doc. 1.)  The same day, Plaintiff Kimbly Arnold filed an application to

21   proceed *in forma pauperis* ("IFP").  (Doc. 2.)  However, as there were deficiencies with Plaintiff

22   Kimbly Arnold's IFP application and Plaintiff Byron Arnold had not filed an IFP application, the

23   Court directed Plaintiffs to each file a new and separate application. (Doc. 3.)

24          Plaintiff Byron Arnold filed an IFP application on December 3, 2024.  (Doc. 4.)  Plaintiff

25   Kimbly Arnold filed an amended IFP application on December 11, 2024, which noted that the

26   income she received was monthly.  (Doc. 5.)  Plaintiffs have made the showing required by

27   section 1915(a), and accordingly, Plaintiffs' request to proceed *in forma pauperis* (Docs. 4, 5)

28   will be **GRANTED**.  28 U.S.C. § 1915(a).  Plaintiff Kimbly Arnold's earlier request to proceed

1

1

*in forma pauperis* (Doc. 2) is **DENIED** as moot.

2

3

Plaintiff is advised that the Court is required to screen complaints of *pro se* litigants

proceeding *in forma pauperis* pursuant to Title 28 of the United States Code section 1915(e)(2).

4

5

The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or

malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief

6

7

against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As a result, no

summons will issue at this time. The Court will direct the United States Marshal to serve

8

9

Plaintiff's complaint only after the Court has screened the complaint and determined that it

contains cognizable claims for relief against the named defendant. The Court will screen

10

Plaintiff's complaint in due course.

11

12

IT IS SO ORDERED.

13

Dated:   **December 13, 2024**           /s/ *Barbara A. McAuliffe*

14

UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28