# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON ARNOLD and KIMBLY ARNOLD,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT FEDERAL TORT CLAIMS CENTER, et al.,<br><br>Defendants. | Case No. 1:24-cv-01388-KES-BAM<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

On January 15, 2025, Plaintiffs Byron Arnold and Kimbly Arnold initiated this civil action on November 13, 2024. (Doc. 1.) Plaintiffs bring this action against the U.S. Department of Housing and Urban Development Federal Tort Claims Center, Derya Samadi, ISN Corporation – Western Operation Center, Secretary of Housing and Urban Development, and DOES 1 to 100. (*Id.*) Although not entirely clear from the allegations in the complaint, the claims appear to relate to Plaintiffs' participation in the Stanislaus First-Time Homebuyer program, alleged false reporting of mortgage payment defaults or delinquencies, the forced sale of Plaintiff's home, and the failure of the U.S. Department of Housing and Urban Development to investigate Plaintiffs' reports of errors and payment disputes with the mortgage servicers and allowing the servicers to submit false COVID-19 FHA partial claims. The home at issue is located in Modesto, California, which is a part of the Sacramento Division of the United States District Court for the Eastern

District of California. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **June 5, 2025**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

2